UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DAVID MICHAEL MARTINEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>E. LEON, et al.,<br><br>             Defendants. | No. ED CV 12-01170-MMM(VBK)<br><br>ORDER TO SHOW CAUSE RE<br>DISMISSAL |

   On July 20, 2012, David Michael Martinez (hereinafter referred to as "Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. §1983 against Defendants San Bernardino County Deputy Sheriffs E. Leon, R. Shaver, C. Brandt, Earl Seratt and the San Bernardino County Sheriff's Department. (Complaint at 3-4.)  Plaintiff alleges on March 6, 2012 Defendants used excessive force while arresting him. (Complaint at 5.) Plaintiff listed his address as 9500 Etiwanda Ave., Rancho Cucamonga, California 91739.

   On July 20, 2012, the Court issued an "Order re Leave to File Action Without Prepayment of Full Filing Fee."  The Court ordered an initial partial filing fee of $10.00 be paid within 30

days of the Order.

On August 2, 2012, the Court was informed that Plaintiff is no longer at that address. (See, "Out of Custody", Docket No. 5.)

Central District Local Rule 41-6 provides:

> "DISMISSAL - FAILURE OF PRO SE PLAINTIFF TO KEEP COURT APPRISED OF CURRENT ADDRESS - A party appearing pro se shall keep the Court apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a pro se Plaintiff's address of record is returned undelivered by the Post Office, and if within fifteen (15) days of the service date, such Plaintiff fails to notify, in writing, the Court and opposing parties of said Plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Within 15 days of the date of this Order, Plaintiff will notify the Court of his current address, and, if applicable, telephone number. Plaintiff is advised that if he fails to apprise the Court of his current address, the Court will issue a Report and Recommendation of United States Magistrate Judge recommending the action be dismissed with prejudice for want of prosecution.

DATED: August 7, 2012                    /s/
                                         VICTOR B. KENTON
                                         UNITED STATES MAGISTRATE JUDGE